**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-2350**

ILDA LETICIA TORRES-NUNES; J.F.M.T.,

       Petitioners,

    v.

MERRICK B. GARLAND, Attorney General,

       Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals

Submitted:  October 29, 2021            Decided:  November 18, 2021

Before DIAZ, FLOYD, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Abdoul A. Konare, KONARE LAW, Frederick, Maryland, for Petitioner. Brian Boyton, Acting Assistant Attorney General, Brianne Whelan Cohen, Senior Litigation Counsel, Mona Maria Yousif, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ilda Leticia Torres-Nunes and her minor child, natives and citizens of Honduras, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal from the Immigration Judge's decision denying Torres-Nunes' request for asylum, withholding of removal and protection under the Convention Against Torture. We have thoroughly reviewed the record and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Torres-Nunes* (B.I.A. Nov. 19, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*